# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br>Harry S. Porterfield | Bankruptcy No:<br>19–00197 |
| *Debtor(s).* | Chapter 7 |
| Harry S. Porterfield<br>*Plaintifff(s)* | Adversary No. 19–09020 |
| vs. | |
| KeyBank National Association<br>Campus Federal Credit Union<br>*Defendant(s)* | |

## NOTICE AND ORDER RE: INCOMPLETE FILING

NOTICE IS HEREBY GIVEN that on June 14, 2019, a pleading was filed in the above referenced case containing the following deficiency:

☑ Adversary Cover Sheet (Dir.Form B1040) was not filed.
Official Bankruptcy forms can be located at this court's public website under the Forms link at www.ianb.uscourts.gov

***THEREFORE, IT IS HEREBY ORDERED:***

the filing party shall cure the deficient filing(s) as described in the above Notice in no later than 14 days from the filing date of the Complaint;

***IT IS FURTHER ORDERED:***

If the filing party fails to cure described deficiencies within the applicable periods, an order dismissing the case or proceeding may be entered without further notice or hearing, unless within the applicable period or periods a motion to extend the time to cure has been filed with the court. A motion to extend time will only be granted on a showing of good cause, and such cause must be stated in the motion. The motion shall be served on the trustee and the United States trustee. If a hearing on the motion is desired, it must be requested in the motion and included within the title of the motion.

ORDERED June 17, 2019

Thad J. Collins
Bankruptcy Judge