# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re Harry S. Porterfield,<br><br>Debtor.<br><br><br>Harry S. Porterfield,<br><br>    Plaintiff,<br><br>v.<br><br>KeyBank National Association, and<br>Campus Federal Credit Union,<br><br>    Defendants. | Chapter 7 No. 19-00197<br><br><br><br><br><br>Adv. Pro. No. 19-09020 |

## MOTION FOR CLERK'S ENTRY OF DEFAULT

COMES NOW the Plaintiff, Harry S. Porterfield, and for his Motion for Clerk's Entry of Default against Defendant Campus Federal Credit Union in the above-captioned case states as follows:

1. Plaintiff filed his Complaint herein on June 14, 2019.

2. The Defendant, Campus Federal Credit Union, was served with a copy of the Complaint and a Summons and Notice on June 18, 2019. See Certificate of Service attached hereto as Exhibit 1.

3. The Summons in an Adversary Proceeding was served on Campus Federal Credit Union by first class U.S. Mail, addressed to the Defendant's counsel, as listed on the Proof of Claim filed in the Plaintiff's bankruptcy case.

4. The Defendant has failed to file any answer or motion or any responsive pleading to the Complaint.

5. The undersigned further represents that he has not been contacted by the Defendant or any representative thereof.

6. In his Complaint, the Plaintiff prayed for a determination that the claim of Campus Federal Credit Union is dischargeable.

WHEREFORE, the Plaintiff, Harry S. Porterfield, respectfully requests the Clerk of Court enter a Clerk's Entry of Default against Campus Federal Credit Union.

Dated this 7th day of January, 2020

/s/ Steven G. Klesner
Steven G. Klesner AT0004271
Johnston, Stannard, Klesner, Burbidge
& Fitzgerald, P.L.C.
373 Scott Court, Suite B
PO Box 3400
Iowa City, Iowa 52244
(319) 338-9852 Telephone
(319) 354-7265 Facsimile
ATTORNEY FOR DEBTOR/PLAINTIFF

CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this document was served on the parties herein by electronic noticing from the Bankruptcy Court or by envelope addressed to the same at the addresses shown below with postage fully paid and by depositing said envelope in a United States Postal Service depository at Iowa City, Iowa, this 7th day of January, 2020.

/s/ Dawn Krabill

**Service List**

Campus Federal Credit Union
c/o Kizer, Hood & Morgan, LLP
2111 Quail Run Drive
Baton Rouge, LA 70808

Wesley B. Huisinga
115 3rd Street SE, Suite 500
PO Box 2107
Cedar Rapids, IA 52406-2107
ATTORNEY FOR KEYBANK, N.A.

Jessica E. Salisbury-Copper
Thompson Hine LLP
10050 Innovation Drive, Ste 400
Miamisburg, OH 45342
ATTORNEY FOR KEYBANK, N.A.

Form B2500A (12/15)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:  
Harry S. Porterfield

Debtor(s).

Bankruptcy No:  
19-00197

Chapter 7

Harry S. Porterfield  
*Plaintiff(s)*

Adversary No. 19-09020

vs.

KeyBank National Association  
Campus Federal Credit Union  
*Defendant(s)*

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its office and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:    111 Seventh Avenue SE #15  
                                     Cedar Rapids, IA 52401-2101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Attorney for Plaintiff(s)    Steven G. Klesner  
                                       373 Scott Ct, Ste B  
                                       PO Box 3400  
                                       Iowa City, IA 52244

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                      MEGAN R. WEISS  
                                                      Acting Clerk, Bankruptcy Court  
                                                      by:

                                                        *Theresa G. Stqpelman*  
                                                        Deputy Clerk

Date of Issuance: June 18, 2019

Form B2500A (12/15)

19-09020

# CERTIFICATION OF SERVICE

I, __Dawn Krabill__ (name), certify that service of this summons and a copy of the complaint was made __June 18, 2019__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
__See attached Service List.__

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __6/18/2019__   Signature __Dawn Krabill__

Print Name: __Dawn Krabill__

Business Address: __PO Box 3400__
__Iowa City, IA 52244__

Service List

Campus Federal Credit Union
c/o Kizer, Hood & Morgan, LLP
2111 Quail Run Drive
Baton Rouge, LA 70808

Mohela/Laurel Road Bank
100 Post Road
Darien, CT 06820

Laurel Road Finance, Inc.
c/o Corporation Service Company
505 5th Ave, Ste 729
Des Moines, IA 50309

KeyBank National Association
Christopher M. Gorman, CEO
127 Public Square
Cleveland, OH 44114