# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br>Harry S. Porterfield | Bankruptcy No:<br>19–00197 |
| Debtor(s). | Chapter 7 |
| Harry S. Porterfield<br>*Plaintiff(s)* | Adversary No. 19–09020 |
| vs. | |
| KeyBank National Association<br>Campus Federal Credit Union<br>*Defendant(s)* | |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

DEFENDANT NAME:
Campus Federal Credit Union

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

MEGAN R. WEISS
Clerk, Bankruptcy Court
by:

*Theresa G. Stapelman*

Date: January 8, 2020

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101