# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br>Harry S. Porterfield | Bankruptcy No:<br>19–00197 |
| Debtor(s). | Chapter 7 |
| Harry S. Porterfield<br>*Plaintiff(s)* | Adversary No. 19–09020 |
| vs. | |
| Campus Federal Credit Union<br>*Defendant(s)* | |

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Thad J. Collins, United States Bankruptcy Judge, presiding, and the issues having been duly tried and heard and a decision having been rendered,

IT IS ORDERED AND ADJUDGED:

that the Default judgment is entered and debt is dischargeable.

SHARON K. MULLIN
Clerk, Bankruptcy Court
by:

*Theresa J. Stapelman*

Date of Issuance: April 1, 2021

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101
319 286–2200